**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ALI S. MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:15-CV-04479-AT-WEJ |
| JPMORGAN CHASE BANK, USA; | ) | |
| WARGO FRENCH, LLP; | ) | |
| RUBIN LUBLIN, LLC; SELECT | ) | |
| PORTFOLIO SERVICING, INC.; AND | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY AS TRUSTEE, IN TRUST | ) | |
| FOR THE REGISTERED HOLDERS | ) | |
| OF LONG BEACH MORTGAGE | ) | |
| LOAN TRUST 2005-WL3 | ) | |
| ASSET-BACKED CERTIFICATES | ) | |
| SERIES 2005-WL 3, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND
DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Select

Portfolio Servicing, Inc. ("SPS") and Deutsche Bank National Trust Company, as

Trustee for Long Beach Mortgage Loan Trust 2005-WL3 ("Deutsche Bank")

(collectively, "Defendants") hereby move to dismiss Plaintiff Ali. S. Muhammad's

("Plaintiff") Complaint *with prejudice*. This is Plaintiff's *third* lawsuit premised

1

on the contentions that the subject real property was transferred to the prior servicer of the subject loan in 2012 and that Defendants are not entitled to foreclose upon it.  This Court has already held that Plaintiff cannot sustain any claim for relief based on these allegations; and Plaintiff fails to allege any new factual circumstances that could sustain a claim for relief.  The Court should therefore dismiss Plaintiff's Complaint *with prejudice*.

In support of this Motion, Defendants rely on the accompanying Memorandum of Law, the exhibits attached thereto, and the complete record in this action.  Accordingly, Defendants respectfully request that the Court dismiss Plaintiffs' Complaint in its entirety with prejudice.

[*Signature on following page*]

Respectfully submitted, this 20th day of January 2016.

**WARGO & FRENCH, LLP**

*/s/ Dustin S. Sharpes*
DAVID M. PERNINI
Georgia Bar No. 572399
dpernini@wargofrench.com
DUSTIN S. SHARPES
Georgia Bar No. 522995
dsharpes@wargofrench.com
999 Peachtree Street NE
26th Floor
Atlanta, Georgia 30309
(404) 853-1500 (Telephone)
(404) 853-1501 (Facsimile)

*Counsel for Defendants*
*JPMorgan Chase Bank, N.A., Select*
*Portfolio Servicing, Inc.,Deutsche*
*Bank National Trust Company, as*
*Trustee for Long Beach Mortgage*
*Loan Trust 2005-WL3, and Wargo &*
*French, LLP*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with

Times New Roman 14-point font in accordance with Local Rule 5.1.C.

*/s/ Dustin S. Sharpes*
DUSTIN S. SHARPES

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I electronically filed the foregoing **DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, and that I have mailed the document by U.S. Mail to:

Ali S. Muhammad
P.O. Box 92597
Atlanta, Georgia 30314

*/s/ Dustin S. Sharpes*
DUSTIN S. SHARPES