IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALI S. MUHAMMAD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JPMORGAN CHASE BANK, USA; ) <br> WARGO FRENCH, LLP; ) <br> RUBIN LUBLIN, LLC; SELECT ) <br> PORTFOLIO SERVICING, INC.; AND ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY AS TRUSTEE, IN TRUST ) <br> FOR THE REGISTERED HOLDERS ) <br> OF LONG BEACH MORTGAGE ) <br> LOAN TRUST 2005-WL3 ) <br> ASSET-BACKED CERTIFICATES ) <br> SERIES 2005-WL 3, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:15-CV-04479-AT-WEJ |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Defendants JPMorgan Chase Bank, N.A. (erroneously identified as "JPMorgan Chase Bank, USA"), Select Portfolio Servicing, Inc., Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3, and Wargo & French, LLP (collectively, "Defendants") submit their Certificate of Interested Persons and Corporate Disclosure Statement:

1

(1) The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a) Plaintiff Ali S. Muhammad;

    (b) Defendant JPMorgan Chase Bank, N.A., whose parent company is JPMorgan Chase & Co.;

    (c) Defendant Select Portfolio Servicing, Inc. ("SPS")

SPS is a wholly-owned subsidiary of SPS Holding Corp. ("SPSHC"), a Delaware corporation. SPSHC is wholly owned by Credit Suisse (USA), Inc., which is a publicly traded corporation.

    (d) Defendant Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3;

    (e) Defendant Wargo & French, LLP; and

    (f) Defendant Rubin Lublin, LLC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

At this time, Defendants are unaware of any such persons or entities.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a) Plaintiff Ali S. Muhammad is appearing *pro se*;

    (b) Defendants are represented by David M. Pernini and Dustin S. Sharpes of the law firm of Wargo & French, LLP;

    (c) The persons serving as counsel for Rubin Lublin LLC are unknown at this time.

[*Signature on following page*]

Respectfully submitted, this 20th day of January 2016.

**WARGO & FRENCH, LLP**

*/s/ Dustin S. Sharpes*
DAVID M. PERNINI
Georgia Bar No. 572399
dpernini@wargofrench.com
DUSTIN S. SHARPES
Georgia Bar No. 522995
dsharpes@wargofrench.com
999 Peachtree Street, N.E.
26th Floor
Atlanta, Georgia 30309
(404) 853-1500 (telephone)
(404) 853-1501 (facsimile)

*Counsel for Defendants JPMorgan Chase Bank, N.A., Select Portfolio Servicing, Inc., Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3, and Wargo & French, LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2016, I electronically filed the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, and that I have mailed the document by U.S. Mail to:

        Ali S. Muhammad
        P.O. Box 92597
        Atlanta, Georgia 30314

                      */s/ Dustin S. Sharpes*
                      DUSTIN S. SHARPES