IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALI S. MUHAMMAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE BANK, USA; )<br>WARGO FRENCH, LLP; )<br>RUBIN LUBLIN, LLC; SELECT )<br>PORTFOLIO SERVICING, INC.; AND )<br>DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY AS TRUSTEE, IN TRUST )<br>FOR THE REGISTERED HOLDERS )<br>OF LONG BEACH MORTGAGE )<br>LOAN TRUST 2005-WL3 )<br>ASSET-BACKED CERTIFICATES )<br>SERIES 2005-WL 3, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:15-CV-04479-AT-WEJ |

**DEFENDANTS' MOTION TO STAY CERTAIN PRETRIAL AND
DISCOVERY DEADLINES**

Defendants JPMorgan Chase Bank, N.A. (erroneously identified as "JPMorgan Chase Bank, USA"), Select Portfolio Servicing, Inc., Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3, and Wargo & French, LLP (collectively, "Defendants") hereby move the Court for an Order staying the parties' obligations to serve initial disclosures, to participate in a Local Rule 26 conference, to prepare and file a report of that

1

conference and a proposed discovery plan, and to participate in discovery until after the Court rules on Defendants' motions to dismiss filed concurrently herewith.

Resolution of Defendants' motions to dismiss should resolve these proceedings altogether. At the very least, it will significantly streamline them. Accordingly, staying the parties' requirements to make initial disclosures, to prepare a discovery plan, and to participate in discovery at this time is in the interest of judicial economy and will prevent the parties from undue burden and unnecessary expense. Granting this Motion to Stay Certain Pretrial Deadlines is fully within the Court's discretion. *See Patterson v. United States Postal Serv.,* 901 F.2d 927, 929 (11th Cir. 1990) (holding district court did not abuse its discretion in staying discovery).

Accordingly, for the reasons set forth herein, Defendants respectfully request that the Court exercise its discretion and grant this Motion. Specifically, Defendants request that the following obligations—if any remain following the Court's ruling on their motions to dismiss—be stayed as follows:

(a) The parties' obligations to participate in a Rule 26(f) conference be stayed until sixteen (16) days after Defendants' deadline, if any, to file an answer;

2

(b) The parties' obligations to serve initial disclosures and file a joint preliminary report and discovery plan be stayed until thirty (30) days after Defendants' deadline, if any, to file an answer; and

(c) The parties' obligations to participate in discovery be stayed until thirty (30) days after Defendants' deadline, if any, to file an answer.[1]

Respectfully submitted, this 20th day of January 2016.

**WARGO & FRENCH, LLP**

*/s/ Dustin S. Sharpes*
DAVID M. PERNINI
Georgia Bar No. 572399
dpernini@wargofrench.com
DUSTIN S. SHARPES
Georgia Bar No. 522995
dsharpes@wargofrench.com
999 Peachtree Street, N.E.
26th Floor
Atlanta, Georgia 30309
(404) 853-1500 (telephone)
(404) 853-1501 (facsimile)

*Counsel for Defendants
JPMorgan Chase Bank, N.A., Select Portfolio Servicing, Inc., Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3, and Wargo & French, LLP*

---

[1] This is consistent with Local Rule 26.2.

## **RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

*/s/ Dustin S. Sharpes*
DUSTIN S. SHARPES

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I electronically filed the foregoing **DEFENDANTS' MOTION TO STAY CERTAIN PRETRIAL AND DISCOVERY DEADLINES** with the Clerk of Court using the CM/ECF system, and that I have mailed the document by U.S. Mail to:

Ali S. Muhammad
P.O. Box 92597
Atlanta, Georgia 30314

*/s/ Dustin S. Sharpes*
DUSTIN S. SHARPES